**Opinion issued February 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00808-CR**

————————————

**JACK WADE BODIFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 337th District Court
Harris County, Texas
Trial Court Case No. 1541332

## MEMORANDUM OPINION

Appellant, Jack Wade Bodiford, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).